JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN CHAMPAGNE,<br><br>                     Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM &<br>UTILIES EXCHANGE, INC; AT&T UVERSE,<br><br>                     Defendants. | **Case No. 2:21-cv-01521-GMN-BNW**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

        Defendant  National  Consumer  Telecom  &  Utilities  Exchange,  Inc.  ("NCTUE")  has

requested  an  extension  of  time  to  answer,  move  or  otherwise  respond  to  the  Complaint  in  this

matter,  to  which  Plaintiff  has  no  opposition.   Accordingly,  pursuant  to  LR  IA  6-2,  IT  IS  HEREBY

STIPULATED  AND  AGREED  to  by  and  among  counsel,  that  NCTUE's  time  to  answer,  move  or

otherwise  respond  to  the  Complaint  in  this  action  is  extended  from  September  14,  2021  through

and including **October 14, 2021**.  The request was made by NCTUE so that it can have an

. . .

. . .

. . .

. . .

. . .

opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 14th day of September, 2021.

CLARK HILL PLLC

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

<u>*No opposition*</u>

By: /s/David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  September 15, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 14th day of September, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com