WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, DIRECTV, LLC (incorrectly named as AT&T Uverse)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN CHAMPAGNE, | Case No.: 2:21-cv-01521-GMN-BNW |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO ANSWER** |
| vs. | (First Request) |
| NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T UVERSE, | |
| Defendants. | |

Plaintiff, Stephen Champagne ("Plaintiff") and Defendant, DIRECTV, LLC (incorrectly named AT&T Uverse) ("Defendant"), by and though their undersigned counsel, hereby move that Defendant shall have up and including October 15, 2021, to answer or otherwise respond to Plaintiff's complaint. The parties request the additional time to continue to discuss settlement prior to Defendant filing an answer or otherwise responding the complaint. This motion is filed in good faith and not intended to cause delay. This is the parties' first request of an extension of time to answer the complaint by Defendant.

/././
/././
/././
/././
/././
/././
/././

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

**IT IS SO STIPULATED.**

| WRIGHT, FINLAY & ZAK, LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Shawn Miller* |
| Ramir M. Hernandez, Esq.<br>Nevada Bar No. 11731<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, DIRECTV, LLC (incorrectly named as AT&T Uverse)* | David Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Pkwy, Ste. 200<br>Henderson, Nevada 89052<br>*Attorneys for Plaintiff Stephen Champagne* |

### Order

**IT IS SO ORDERED**

**DATED:** 2:38 pm, September 16, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**