JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: jthompson@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN CHAMPAGNE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILIES EXCHANGE, INC; AT&T UVERSE,<br><br>Defendants. | Case No. 2:21-cv-01521-GMN-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from October 14, 2021 through and including **November 15, 2021**.  The request was made in order to allow the parties additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 13th day of October, 2021.

### Order

**IT IS SO ORDERED**

**DATED:** 4:37 pm, October 14, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1  CLARK HILL PLLC

2  By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
3  Nevada Bar No. 12503
3800 Howard Hughes Pkwy,
4  Suite 500
Las Vegas, NV 89169
5  Tel: (702) 862-8300
Fax: (702) 862-8400
6  Email: jthompson@clarkhill.com
7
*Attorney for Defendant National Consumer*
8  *Telecom & Utilities Exchange, Inc.*

<u>*No opposition*</u>

By: /s/*David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 13th day of October, 2021, via CM/ECF, upon all counsel of record:

> By: /s/*Jeremy J. Thompson*
> Jeremy J. Thompson
> Nevada Bar No. 12503
> 3800 Howard Hughes Pkwy, Suite 500
> Las Vegas, NV 89169
> Tel: (702) 862-8300
> Fax: (702) 862-8400
> Email: jthompson@clarkhill.com