David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Stephen Champagne*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN CHAMPAGNE,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T UVERSE,<br><br>Defendant(s). | Case No.: 2:21-cv-01521-GMN-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE, AS TO NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.** |

IT IS HEREBY STIPULATED by and between Stephen Champagne ("Plaintiff") and Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

Accordingly, the Parties request that the Court dismiss National Consumer Telecom & Utilities Exchange, Inc. from this action.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on May 19, 2022.

| /s/ Shawn W. Miller | /s/ Michael V. Infuso |
|---|---|
| David H. Krieger, Esq.<br>Shawn W. Miller, Esq.<br>KRIEGER LAW GROUP, LLC<br>5502 S. Fort Apache Road,<br>Suite 200<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiff<br>**Stephen Champagne** | Michael V. Infuso, Esq.<br>GREENE INFUSO, LLP<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br>Attorneys for Defendant<br>**National Consumer Telecom & Utilities Exchange, Inc.** |

### **ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this ___20___ day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT